IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN MATTHIAS WATSON, III,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71170

FILED

OCT 13 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of habeas corpus. Petitioner challenges this court's opinion affirming his judgment of conviction and sentence.[1] Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. Petitioner's claims challenging the validity of his judgment of conviction and sentence must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[2] NRS 34.724(2)(b); NRS 34.738(1); NRAP 22. Accordingly, we

ORDER the petition DENIED.

_____ Cherry _____, J.
Cherry

_____ Douglas _____, J.
Douglas

_____ Gibbons _____, J.
Gibbons

---

[1]*Watson v. State*, 130 Nev., Adv. Op. 76, 335 P.3d 157 (2014).

[2]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

cc: John Matthias Watson, III
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A